UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:11-cr-0099-TWP-MJD-1 |
| | ) | |
| RAQUEL D. VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue=s Report and Recommendation that Raquel D. Vaughn=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of time served. Ms. Vaughn will be subject to 12 months of supervised release under the same conditions previously imposed at sentencing.

SO ORDERED this day:   11/25/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Sharon Jackson
Assistant U. S. Attorney
sharon.jackson@usdoj.gov

Cynthia Ridgeway
Assistant U.S. Attorney
cynthia.ridgeway@usdoj.gov

Joe Cleary
Office of Indiana Federal Community Defender
joe_cleary@fd.org

U. S. Parole and Probation

U. S. Marshal